Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| DP Capital LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 24-10007 |
| | ) | |
| v. | ) | |
| | ) | |
| The District of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2024, pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(6) and District of Columbia Rule of Civil Procedure 4(j)(3)(A), a copy of the complaint (DE #1) and summons (DE #3) herein were served, via First Class Mail, postage prepaid, upon:

    ATTORNEY GENERAL BRIAN SCHWALB
    400 6TH STREET, NW
    WASHINGTON DC 20001

    and

1

MAYOR MURIEL BOWSER
JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20004

                              Respectfully submitted,

Dated: March 8, 2024        By:    <u>/s/ Maurice B. VerStandig</u>
                                          Bar No. MD18071
                                          The VerStandig Law Firm, LLC
                                          1452 W. Horizon Ridge Pkwy, #665
                                          Henderson, Nevada 89012
                                          Phone: (301) 444-4600
                                          Facsimile: (301) 444-4600
                                          mac@mbvesq.com
                                          *Counsel for the Plaintiff*