**IN THE UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | **Case No. 20-397-ELG** |
| **ETS OF WASHINGTON, LLC,** | Chapter 7 |
| *Debtor*. | |
| **DP CAPITAL LLC,** *Plaintiff*, v. **DISTRICT OF COLUMBIA,** *Defendant*. | **Adv. Pro. No. 24-10007-ELG** |

**ORDER**

This matter came before the Court on the District of Columbia's Motion to Dismiss Secured Creditor DP Capital LLC's Complaint ("Complaint") and Adversary Proceeding with Prejudice and it appearing that proper notice has been given, finding good cause, and it appearing that the relief requested is warranted, it is hereby

ORDERED that the District of Columbia's Motion to Dismiss with Prejudice is GRANTED; and it is hereby

ORDERED that Secured Creditor DP Capital LLC's Adversary Proceeding, Adversary Proceeding No. 24-10007, is dismissed with prejudice.

Cc: All Recipients