**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

**dcra**

## NOTICE OF BLIGHTED PROPERTY DETERMINATION

November 16, 2020

**Notice Num: 21RVP-NTC-00362**

**ETS OF WASHINGTON LLC**

**2207 FOXHALL RD NW**
**WASHINGTON, DC 20007**

RE : **2207 FOXHALL RD NW, WASHINGTON, DC 20007**

Dear: **Sir or Madam**

The Department of Consumer and Regulatory Affairs (DCRA) has surveyed your property located at the above address and deemed it to be blighted. A green Vacant [and Blighted] Property placard was posted on your property on **11/6/2020**. Pursuant to DC Official Code 42-3131.06 you are required to register your vacant/blighted property within thirty (30) days of it becoming vacant or blighted. Failure to register can result in a civil fine of $2,000, as amended, and/or criminal penalties up to ninety (90) days imprisonment.

DCRA has determined that your property is blighted. A blighted property is any structure that is determined to be unsafe, insanitary, and\or threatens the general welfare of the community. In making the determination, DCRA may consider whether the property is subject to condemnation, boarded up, or failed to comply with vacant building maintenance standards. Pursuant to DC Code § 47-813(c-8)(4), blighted property in the District of Columbia is taxed at the Class 4 real property tax rate-- currently $10.00 per $100 of assessed value.

As noted in the placard, you have **30 days from the date of that notice** to register your property by submitting a Blighted Building Response Form. If you do not submit the form to the Vacant Building Enforcement Unit timely, your building will be designated and re-classified as blighted (Class 4) with the Office of Tax and Revenue accordingly. Therefore, please complete and submit the enclosed Blighted Building Response Form and include any supporting documents or payments listed on the form, within 30 days of the date the placard was posted on your property to vacantbuildings@dc.gov along with supporting documentation(including photographs), or you can send by US mail.

If you believe this blighted designation is in error, you are still required to respond by returning the enclosed Blighted Building Response Form with evidence demonstrating that the property does not meet the blight criteria within 30 days of the date the placard was posted on your property. The Vacant Building Enforcement Unit will perform an administrative review based on your evidence, completed form and response and provide you with a written determination.

**Appeal Rights: (a)** within 15 days after the designation of an owner's building as a vacant building, the determination of delinquency of registration or fee payment, the denial or revocation of registration, or the designation of a vacant building as a blighted vacant building, the owner may petition the Department for reconsidereation by filing the form provided by the Department.

(b) Within 45 days after the date of a notice of final determination from an appeal under subsection (a) of this section, an owner may file an appeal with the Real Property Tax Appeals Commission for the District of Columbia. The notice of final determination under subsection (a) of this section is required in order to file an appeal with the Real Property Tax Appeals Commission for the District of Columbia.

**If you do not respond within the 30 days as noted above, your property's designation as blighted will be forwarded to the Office of Tax and Revenue for Class 4 taxation for the current tax year, which begins on October 1st.** Futher, upon final determination, the property will be recorded as blighted with the Recorder of Deeds. If this determination is incorrect, please contact the Office of Vacant Property at (202) 442-4332 immediately.

Sincerely,

*Donald W Sullivan*

Donald W. Sullivan
Program Manager,
Vacant Building Enforcement

ID: 21RVP-NTC-00362

1100 4th STREET, SW  WASHINGTON, DC 20024
Tel: (202) 442-4332 Fax: (202) 442-9564 Website: dcra.dc.gov

6/2018 rev