UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ETS of Washington LLC<br><br>DP Capital LLC,<br><br>v.<br><br>The District of Columbia | CASE NO: 20-397<br><br>ADVERSARY CASE NO: 24-10007<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7<br><br>ECF Docket Reference No. 1 |

On 3/8/2024, I did cause a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 3

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/8/2024

/s/ Maurice VerStandig
Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012
301 444 4600

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ETS of Washington LLC | CASE NO: 20-397 |
| | ADVERSARY CASE NO: 24-10007 |
| DP Capital LLC,<br>v.<br>The District of Columbia | **CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 1 |

On 3/8/2024, a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/8/2024

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through on this Ad Media Notice were bumped and not sent First Class USPS Mail Service.

FIRST CLASS

ATTORNEY GENERAL BRIAN SCHWALB
400 6TH STREET, NW
WASHINGTON DC 20001

FIRST CLASS

MAYOR MURIEL BOWSER
JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20004