# Mac VerStandig

| | |
|---|---|
| **From:** | ecf_dcb@dcb.uscourts.gov |
| **Sent:** | Friday, March 1, 2024 4:07 PM |
| **To:** | courtmail@dcb.uscourts.gov |
| **Subject:** | 24-10007-ELG CH7 Complaint - ETS of Washington LLC |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### United States Bankruptcy Court for the District of Columbia

Notice of Electronic Filing

The following transaction was received from Maurice Belmont VerStandig entered on 3/1/2024 at 4:06 PM EST and filed on 3/1/2024

**Case Name:** DP Capital LLC v. District of Columbia
**Case Number:** 24-10007-ELG
**Document Number:** 1
**Case Name:** ETS of Washington LLC
**Case Number:** 20-00397-ELG
**Document Number:** 364

**Docket Text:**
Adversary case 24-10007. Complaint by DP Capital LLC against District of Columbia. (Fee Amount of $350) . (91 (Declaratory judgment)) (VerStandig, Maurice)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 24.02.28 Adversary Complaint Against DC v3.0.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1011211900 [Date=3/1/2024] [FileNumber=2736529-0]
[6784e9d4ee801aa1e648a834c6249eb3a92bce9e29d9eb4c23e040a494ff75ef3609
976ef6f048b97ad5302e53845a5505006d7445dad1fad7a1f1c91ddf823d]]
**Document description:** Main Document
**Original filename:** 24.02.28 Adversary Complaint Against DC v3.0.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1011211900 [Date=3/1/2024] [FileNumber=2736530-0]
[3ff38d90c8adf52ccce01b5ac70750b55cdabd9cc610daa664d5f9e9d0cb544893d6
da0c4f3167f1e7c9fdc44171c086c31edb92e52b91d0ce68926c8ee4ab69]]

**24-10007-ELG Notice will be electronically mailed to:**

Maurice Belmont VerStandig on behalf of Plaintiff DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**24-10007-ELG Notice will not be electronically mailed to:**

District of Columbia
1350 Pennsylvania Avenue, NW
Washington, DC 20004

**20-00397-ELG Notice will be electronically mailed to:**

Nancy L. Alper on behalf of Creditor District of Columbia Office of Attorney General
nancy.alper@dc.gov

Andrea Campbell Davison on behalf of Creditor Vera Stoeva
ADavison@beankinney.com, mbickel@beankinney.com

Dennis A. Davison on behalf of Interested Party ETS of Washington II, LLC
dennis@ddavisonlaw.com

Dennis A. Davison on behalf of Interested Party Jason Porcier
dennis@ddavisonlaw.com

Dennis A. Davison on behalf of Plaintiff ETS of Washington, LLC
dennis@ddavisonlaw.com

Dennis A. Davison on behalf of Spec. Counsel Dennis Davison
dennis@ddavisonlaw.com

Bradford F. Englander on behalf of Interested Party William Douglas White
benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Kristen S. Eustis on behalf of U.S. Trustee U. S. Trustee for Region Four
Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman on behalf of U.S. Trustee U. S. Trustee for Region Four
michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Jason Porcier
etsofwashington@gmail.com

Kenneth L. Samuelson on behalf of Attorney Kenneth L Samuelson
ksamuelson@samuelson-law.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig on behalf of Counter-Claimant 1Sharpe Opportunity Intermediate Trust
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Counter-Claimant DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Counter-Claimant WCP Fund I LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Creditor DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Creditor WCP Fund I, LLC as servicer for 1Sharpe Opportunity Intermediate Trust
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Defendant 1Sharpe Opportunity Intermediate Trust
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Defendant DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Defendant WCP Fund I LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig on behalf of Plaintiff DP Capital LLC
mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

William Douglas White
wdw@mccarthywhite.com, white@premierremote.com;dc08@ecfcbis.com

William Douglas White on behalf of Trustee William Douglas White
wdw@mccarthywhite.com, white@premierremote.com;dc08@ecfcbis.com

**20-00397-ELG Notice will not be electronically mailed to:**

BANK OF AMERICA, N.A.
,

Dennis A. Davison on behalf of Plaintiff ETS of Washington, LLC
DDavison Law, Inc.
2501 Q Street, NW
Suite B-21
Washington, DC 20007

ETS of Washington LLC
c/o Kenneth L. Samuelson, Esq.
Samuelson Law, LLC
2020 Pennsylvania Avenue, NW, #417
Washington, DC 20006

Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314

Jason Merica
,

Joe Michalczyk
,

Brian Miller
,

Kim Nguyen
,

Jacob Preisser
,

Kenneth L. Samuelson
Samuelson Law, LLC
2020 Pennsylvania Avenue, NW
#417
Washington, DC 20006