Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC, | ) | (Chapter 7) |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | ) | |
| DP Capital LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | Adv. Case No. 24-10007 |
| | ) | |
| v. | ) | |
| | ) | |
| The District of Columbia, | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF HEARING ON OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION TO DISMISS SECURED CREDITOR DP CAPITAL LLC'S COMPLAINT AND ADVERSARY PROCEEDING WITH PREJUDICE**

Please take notice that a hearing will be held on April 17, 2024 at 10:00 am on the following matters:

**Opposition to District of Columbia's Motion to Dismiss Secured Creditor DP Capital LLC's Complaint and Adversary Proceeding with Prejudice**

1

The hearing will be conducted in Courtroom 1 at the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom video conferencing. Parties may contact Aimee_Mathewes@dcb.uscourts.gov for Zoom access codes.

Respectfully submitted,

Dated: April 8, 2024    By:    /s/ Maurice B. VerStandig
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig