UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| In re: | Case No. 20-00397-ELG |
|---|---|
| **ETS of Washington LLC**<br>Debtor | Chapter 7 |
| **DP Capital LLC**<br>Plaintiff<br><br>v.<br><br>**District of Columbia**<br>Defendant | Adv. Pro. No. 24-10007-ELG |

### NOTICE OF DEFICIENT FILING

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you

**[ECF No. 10 – Notice of Opportunity to Object]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before *4/23/2024*. Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.***

| | |
|---|---|
| ☐ | The case name and/or number does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 9013-1.* |
| ☐ | The document requires a notice, and the notice must be in substantial compliance with Local Bankruptcy Rule 9013-1. |

| | |
|---|---|
| ☐ | The date, time, and/or location in the notice is incorrect or omitted. |
| ☐ | This document requires a hearing. Please contact the Courtroom Deputy at (202) 354-3178. |
| ☐ | The notice is not properly linked to the associated pleading. |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☒ | Other: The date on the objection notice doesn't match the date on the docket text. The docket text indicates 04/26/2024, whereas the filed notice specifies the objection date as 04/19/2024. |

For the Court:
Angela D. Caesar
BY: CA

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.