**Nancy L. Alper, Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General**
  **for the District of Columbia**
**400 6th Street, N.W., 9th Floor**
**Washington, DC 20001**
**Tel: (202) 724-8122**
**Email: Nancy.alper@dc.gov**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | **Case No. 20-397-ELG** |
| **ETS OF WASHINGTON, LLC,** | Chapter 7 |
| *Debtor*. | |
| **DP CAPITAL LLC,** | **Adv. Pro. No. 24-10007-ELG** |
| *Plaintiff*, | |
| v. | |
| **DISTRICT OF COLUMBIA,** | |
| *Defendant*. | |

**AMENDED NOTICE OF HEARING ON**
**DISTRICT OF COLUMBIA'S MOTION TO**
**DISMISS SECURED CREDITOR'S COMPLAINT**
**AND ADVERSARY PROCEEDING WITH PREJUDICE**

The District of Columbia, by and through counsel, the Office of the Attorney General for the District of Columbia, files its Amended Notice of Hearing on **Motion to Dismiss Secured Creditor DP Capital LLC's Complaint ("Complaint") and Adversary Proceeding with Prejudice.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the Court to grant the Motion, or if you want the Court to consider your views, then by April 19, 2024, you or your attorney must file and serve a written objection to the motion, together with the proposed order required by local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001 and served by delivery or mailing a copy upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

You must also: Attend the hearing scheduled to be held on **April 30, 2024, at 1:00 p.m. o'clock a.m.** in Courtroom 1 of the United States Bankruptcy Court for the District of Columbia, located in the E. Barrett Prettyman United States Courthouse at 333 Constitution Ave. NW, Washington, DC 20001. Parties may attend in person or virtually via Zoom. Parties may contact aimee_mathewes@dcb.uscourts.gov for zoom access codes in advance of the hearing date. Participation may require you to follow the procedures set forth on the Bankruptcy Court's website. **If the hearing is conducted remotely and you fail to follow the procedures for remote hearings specified by the Bankruptcy Court, you will not be permitted to participate in the hearing.** If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

DATE: April 10, 2024

        Respectfully submitted,

        BRIAN L. SCHWALB
        Attorney General for the District of Columbia

        DAVID FISHER
        Deputy Attorney General
        Commercial Division


          /s/ William Burk
        WILLIAM BURK, DC Bar No. 464349
        Section Chief

          /s/ Nancy L. Alper
        NANCY ALPER, DC Bar No.411324
        Senior Assistant Attorney General
        Land Acquisition and Bankruptcy Section
        441 4th Street, N.W., Suite 1010S
        Washington, DC 20001
        (202) 724-812

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **Amended Notice of Hearing on District of Columbia's Motion to Dismiss Secured Creditor DP Capital LLC's Complaint ("Complaint") and Adversary Proceeding with Prejudice** was filed and served electronically through the Court's electronic case filing system, this 10th day of April 2024.

                                              /s/ Nancy L. Alper
                                              Nancy L. Alper