Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| DP Capital LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 24-10007 |
| | ) | |
| v. | ) | |
| | ) | |
| The District of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING ON STATUS AND SCHEDULING**

Please take notice that a hearing will be held on November 13, 2024 at 10:00 am on the status and scheduling of this case. Specifically, it appearing a scheduling order has not been entered, DP Capital LLC asks this matter be called so that the status of the case may be addressed and an appropriate scheduling order may be addressed and entered.

The hearing will be conducted in Courtroom 1 at the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom

video conferencing. Parties may contact Aimee_Mathewes@dcb.uscourts.gov for Zoom access codes.

|  |  |
|---|---|
| Dated: November 8, 2024 | Respectfully submitted,<br><br>By:  /s/ Maurice B. VerStandig<br>     Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>Phone: (301) 444-4600<br>Facsimile: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for the Plaintiff* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November, 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig