# Mac VerStandig

| | |
|---|---|
| **From:** | Mac VerStandig |
| **Sent:** | Friday, January 31, 2025 2:08 PM |
| **To:** | Alper, Nancy (OAG) |
| **Subject:** | RE: DP Capital, LLC v. District of Columbia, Case No. 24-10007 (Bankr. D.D.C. 2024) |

Nancy,

I have not seen a document production from the District of Columbia. Do you have a sense of when the various items will be forthcoming? I am happy to offer some modest time if needed, but I also need to make sure that my client has documents so we can then take other appropriate forms of discovery before the window closes.

Please let me know one way or another. (And, for formalistic purposes, this is technically a Rule 37(a)(1) e-mail, but please know I'd much rather work through things than resort to motions practice.)

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Mac VerStandig
**Sent:** Sunday, December 29, 2024 11:30 AM

1

**To:** Alper, Nancy (OAG) <nancy.alper@dc.gov>
**Subject:** DP Capital, LLC v. District of Columbia, Case No. 24-10007 (Bankr. D.D.C. 2024)

Nancy,

Attached, please find my client's first requests for production in this case.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.