# Mac VerStandig

| | |
|---|---|
| **From:** | Alper, Nancy (OAG) <nancy.alper@dc.gov> |
| **Sent:** | Thursday, February 20, 2025 6:18 PM |
| **To:** | Mac VerStandig |
| **Cc:** | Fuller, Brent (DOB); Alper, Nancy (OAG) |
| **Subject:** | RE: DP Capital LLC v. The District of Columbia, Case No. 24-10007 |
| **Importance:** | High |

Mr. VerStandig—

The District needs an additional week to complete responses to your client's discovery requests. The Assistant General Counsel of the Department of Buildings who is involved in this matter just returned from vacation with his family. This is a short week and many issues, including other bankruptcy cases, were emergencies and had to be handled.

Accordingly, we would appreciate an additional week to respond to your discovery requests.

Thank you for your consideration and assent to this request.

Best regards,

Nancy L. Alper
Senior Assistant Attorney General
Office of the Attorney General
  For the District of Columbia
400 6th Street, N.W., Suite 10105
Washington, DC 20001
Tel: (202) 724-8122

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, February 11, 2025 9:05 AM
**To:** Alper, Nancy (OAG) <nancy.alper@dc.gov>
**Subject:** DP Capital LLC v. The District of Columbia, Case No. 24-10007

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Ms. Alper,

To follow on our conversation from yesterday, this will confirm that my client will forbear from engaging in motions practice, concerning the previously issued discovery requests in the above-referenced matter, until after Friday, February 21, 2025, so as to allow the District of Columbia time to prepare appropriate responses and make a fulsome production of documents.

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC

1

Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.