IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| DP Capital LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 24-10007 |
| | ) | |
| v. | ) | |
| | ) | |
| The District of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT**

Comes now DP Capital LLC ("DPCL" or the "Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7034 and Federal Rule of Civil Procedure 34, and propounds the following requests for production (the "Requests," with each such inquiry being known as a "Request") upon the District of Columbia (the "District of Columbia" or the "Defendant"):

**DEFINITIONS**

For purposes of responding to these Requests contained herein, the following definitions shall apply:

1. The term "**Action**" shall mean the above-captioned adversary proceeding.

2. The term "**Bankruptcy Proceeding**" shall mean the above-captioned bankruptcy of ETS of Washington, LLC.

3. The terms "**You**" or "**Your**" shall refer to the District of Columbia, the agents of the District of Columbia, and third parties or other persons or legal entities acting, or purporting

1

to act, on the District of Columbia's behalf, in concert with the District of Columbia, or under the control of the District of Columbia.

4. The terms "**Document**" or "**Documents**" as used herein, mean all graphic and audio or visually recorded matter of every kind and description, however produced or reproduced, whether draft or final, original or reproduction, in your actual or constructive possession, custody or control, including but not limited to deeds, title policies, commitments or abstracts, writings, letters, e-mails, correspondence, memoranda, notes, films, photographs, audio recordings, transcripts, contracts, agreements, covenants, permits, licenses, memoranda of telephone or personal conversations or communications, microfilm, microfiche, telegrams, books, magazines, advertisements, periodicals, bulletins, circulars, pamphlets, statements, notices, reports, rules, regulations, directives, teletype messages, written communications, minutes or notes of meetings, interoffice communications, reports, financial statements, ledgers, books of account, proposals, prospectuses, offers, receipts, working papers, desk calendars, appointment books, diaries, time sheets, logs, movies, tapes for visual or audio reproduction, recordings, or materials similar to any of the foregoing, however denominated. The terms **"Document"** or **"Documents"** shall also include any and all files from any personal computer, notebook, laptop computer, tablet, smartphone, personal device, file server, minicomputer, main-frame computer, or other storage device, including but not limited to hard drive disk drives or backup or retrieved electronic information, including but not limited to e-mail. Further, all relevant files that are still on a storage media device, but which are identified as "erased but recoverable" are included within the meaning of "**Document**" or "**Documents**". Any comment or notation appearing on any document, and not a part of the original text, is to be considered a separate "document." Any draft or preliminary form of any document is also to be considered a separate "document." Specific reference to any other

type of document in the ensuing interrogatories shall not be construed as in any respect limiting the generality of the foregoing definition.

5. The term **"Communication"** shall mean any Document, in any of the forms described above, which was transmitted, or a copy of which was transmitted, by You to another person, or by another person to You.

6. The term "**Person**" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

7. The terms **"relating to" "related to"** or **"regarding"** shall mean containing, constituting, showing, mentioning, reflecting, or pertaining or referring to in any way, directly or indirectly to the subject matter indicated by the interrogatory and, with regard to documents is meant to include, among other documents, those underlying, supporting or previously attached or appended to, or used in the preparation of any document requested.

8. The terms "**describe**," "**discuss**," "**analyze**," "**describing**," **discussion**," or "**analyzing,**" mean any document that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

9. The term **"between"** means among, involving, concerning, and connecting.

10. The terms "**and**" and "**or**" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatory any document or information that might otherwise be construed to be outside its scope.

11. The term "**any**" means one or more.

12. The term "**including**" shall be used in the sense of the specification, and is not to be construed as a word of limitation.

## INTRUCTIONS

1. These requests are continuing in nature, and include all documents and information prepared or received by You between the date of receipt of these requests and dating back through January 1, 2019.

2. Documents responsive to each numbered paragraph are to be grouped by paragraph. If any portion of a document is responsive to this request, the entire document shall be produced.

3. For each document you contend you are entitled to withhold, identify the document and state with specificity the reason for withholding. For any document withheld under a claim of privilege, state:

    a. The name and title of the author(s);

    b. The name and title of the person(s) to whom a copy of the document or its contents, or any part thereof, was sent or conveyed or to whom the document or a copy, or any part thereof was showed;

    c. Its date;

    d. The name and title of the person(s) to whom the document was addressed;

    e. The number of pages;

    f. A brief description of the subject matter;

    g. The nature of the privilege claimed; and

    h. The paragraph(s) to which the document is otherwise responsive.

  4.  If any document requested was formerly in the possession, custody or control of the recipient of these Requests and has been lost or destroyed, the recipient is requested to submit in lieu of each document a written statement that:

    a.  Describes in detail the nature of the document and its contents;

    b.  Identifies the person who prepared or authorized the document and, if applicable, the person to whom the document was sent;

    c.  Specifies the date upon which the document was prepared or transmitted or both; and,

    d.  Specifies, to the extent possible, the date upon which the document was lost or destroyed, and if destroyed, the conditions of or reasons for such destruction and the persons requesting and performing the destruction.

  5.  If an objection is made to any request herein, all documents covered by the request not subject to the objection should be produced. Similarly, if an objection is made to production of any portion of a document, the portion(s) subject to objection should be produced with the portion(s) objected to deleted and indicated clearly.

## INDIVIDUAL REQUESTS

  1.  All Documents You plan to introduce at trial, or in support of any motion, in this matter.

  2.  All photographs of the real property located at 2207 Foxhall Road, NW, Washington, DC 20007 (the "Property), taken by You, from January 1, 2019 through the present.

  3.  All Documents supporting any monetary assessment(s) of the Property, in the possession, custody or control of the District of Columbia, created on or after January 1, 2019.

4. All Documents concerning the condition of the Property, whether such Documents were created by You or any other person or entity, created on or after January 1, 2019.

5. All Communications between the District of Columbia and ETS of Washington, LLC (the "Debtor"), from January 1, 2019 through the present.

6. All Communications between the District of Columbia and Jason Porcier, from January 1, 2019 through the present, *except* this Request shall not be construed to include any personal income tax filings made with the District of Columbia by Jason Porcier or any Communications exclusively related to such personal income tax filings.

7. All e-mails, sent from any address at the "dc.gov" domain, from January 1, 2019 through the present, in which any of the following words/phrases are utilized:

    a. ETS of Washington

    b. 2207 Foxhall

    c. 20-397

    d. 24-10007

    e. Jason Porcier

    f. DP Capital

*except* this Request shall not be construed to include (i) Communications solely between the District of Columbia and its counsel; or (ii) Communications related to any personal income tax filings or obligations of Jason Porcier.

8. All e-mails, sent to any address at the "dc.gov" domain, from January 1, 2019 through the present, in which any of the following words/phrases are utilized:

    a. ETS of Washington

    b. 2207 Foxhall

      c. 20-397

      d. 24-10007

      e. Jason Porcier

      f. DP Capital

*except* this Request shall not be construed to include (i) Communications solely between the District of Columbia and its counsel; or (ii) Communications related to any personal income tax filings or obligations of Jason Porcier.

      9. All property tax bills, sent by the District of Columbia to any person (whether natural or legal), from January 1, 2020 through December 31, 2022, in which property was taxed as having a class 4 specification. For the avoidance of ambiguity, in responding to this Request, a class specification is found between the "Description" and "Tax" on a parcel's property tax bill, typically falling on the third such page of the document (with the first page containing addresses for mailing and multilingual notices, and with the second page typically being blank). The class specification is typically set forth on the same page of the property tax bill as is the remittance slip.

      10. All Communications with any person the District of Columbia intends to designate as an expert witness in this matter.

Dated: December 29, 2024

      Respectfully submitted,

      /s/ Maurice B. VerStandig
      Maurice B. VerStandig, Esq.
      Bar No. MD18071
      The VerStandig Law Firm, LLC
      9812 Falls Road, #114-160
      Potomac, Maryland 20854
      Phone: (301) 444-4600
      mac@mbvesq.com
      *Counsel for the Plaintiff*