**Nancy L. Alper, Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General**
  **for the District of Columbia**
**400 6th Street, N.W., 9th Floor**
**Washington, DC 20001**
**Tel: (202) 724-8122**
**Email: Nancy.alper@dc.gov**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**ETS OF WASHINGTON, LLC,**<br><br>*Debtor*. | **Case No. 20-397-ELG**<br><br>Chapter 7 |
| **DP CAPITAL LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>*Defendant*. | **Adv. Pro. No. 24-10007-ELG** |

### RESPONSES OF DISTRICT OF COLUMBIA
### TO DEBTOR'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the District of Columbia ("District"), by and through counsel, the Office of the Attorney General for the District of Columbia, and files on behalf of the District of Columbia Department of Buildings its Responses to DP Capital LLC's ("DPCL" or the "Plaintiff") First Requests for Production of Documents as follows:

### REQUEST NO. 1:

**Produce all Documents You plan to introduce at trial, or in support of any motion, in this matter.**

### RESPONSE TO REQUEST NO. 1:

Objection. This Request seeks the mental impressions of counsel and is premature. Documents intended to be produced at trial will be produced in accordance with any applicable Scheduling Order and the Federal Rules of Bankruptcy Procedure.

### REQUEST NO. 2:

**Produce all photographs of the real property located at 2207 Foxhall Road, NW, Washington, DC 20007 (the "Property"), taken by You, from January 1, 2019, through the present.**

### RESPONSE TO REQUEST NO. 2

Objection. This Request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, photographs in the possession of the District of Columbia Department of Buildings and responsive to this Request are attached. Please see the Link below:

[DOB DOCUMENT PRODUCTION.pdf](DOB DOCUMENT PRODUCTION.pdf)

### REQUEST NO. 3

**Produce all Documents supporting any monetary assessment(s) of the Property, in the possession, custody or control of the District of Columbia, created on or after January 1, 2019.**

2

## RESPONSE TO REQUEST NO. 3

The District of Columbia Department of Buildings does not possess or control relevant documents responsive to this Request.

## REQUEST NO. 4

**Produce all Documents concerning the condition of the Property, whether such Documents were recreated by You or any other person or entity, created on or after January 1, 2019.**

## RESPONSE TO REQUEST NO. 4

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. The Request is also ambiguous and unclear by what is meant by the condition of the Property. Without waiving this objection, documents depicting and describing the Property relative to the determinations of blight or vacant classifications by the District of Columbia Department of Buildings are being produced.

## REQUEST NO. 5

**Produce all Communications between the District of Columbia and ETS of Washington LLC (the "Debtor") from January 1, 2019, through the present.**

## RESPONSE TO REQUEST NO. 5

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, documents in the possession of the Department of Buildings responsive this Request are being produced. The District may produce additional documents if provided a more narrowly tailored and defined Request.

**REQUEST NO. 6**

**Produce all communications between the District of Columbia and Jason Porcier, from January 1, 2019, through the present, except this Request shall not be construed to include any personal income tax filings made with the District of Columbia by Jason Porcier or any Communications exclusively related to such personal income tax filings.**

**RESPONSE TO REQUEST NO. 6**

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, the District may possess documents that it can produce if provided a more narrowly tailored and defined Request.

**REQUEST NO. 7**

**Produce all emails sent from any address at the "dc.gov" domain from January 1, 2019, through the present, in which any of the following words/phrases are utilized: (i) ETS of Washington; (ii) 2207 Foxhall; (iii) 20-397; (iv) 24-10007; (v) Jason Porcier; and (vi) DP Capital; except this Request shall not be construed to include: (i) Communications solely between the District of Columbia and its counsel; or (ii) Communications related to any personal income tax filings or obligations of Jason Porcier.**

**RESPONSE TO REQUEST NO. 7**

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, the District may possess documents that it can produce if provided a more narrowly tailored and defined Request.

**REQUEST NO. 8**

**Produce all emails sent to any address at the "dc.gov" domain, from January 1, 2019, through the present in which any of the following words/phrases are utilized: : (i) ETS of Washington; (ii) 2207 Foxhall; (iii) 20-397; (iv) 24-10007; (v) Jason Porcier; and (vi) DP Capital; except this Request shall not be construed to include: (i) Communications solely between the District of Columbia and its counsel; or (ii) Communications related to any personal income tax filings or obligations of Jason Porcier.**

**RESPONSE TO REQUEST NO. 8**

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving this objection, the District may possess documents that it can produce if provided a more narrowly tailored and defined Request.

**REQUEST NO. 9**

**Produce all property tax bills, sent by the District of Columbia to any person (whether natural or legal) from January 1, 2020, through December 31, 2022, in which property was taxes as having a class 4 specification. For the avoidance of ambiguity, in responding to this Request, a class specification is found between the "Description" and "Tax" on a parcel's property tax bill, typically falling on the third such page of the document (with he first page containing addresses for mailing and multilingual notices, and with the second page typically being blank). The class specification is typically set forth on the same page of the property tax bill as is the remittance slip.**

**RESPONSE TO REQUEST NO. 9**

Objection. This Request is overly broad, unduly burdensome, and is not reasonably calculated to lead to the discovery of admissible evidence. While the District of Columbia Department of

5

Buildings determines the classification of property as either Class 1, 2, 3, or 4, it does not issue property tax bills.

## REQUEST NO. 10

**Produce all Communications with any person the District of Columbia intends to designate as an expert witness in this matter.**

## RESPONSE TO REQUEST NO. 10

Objection. The District of Columbia has not yet identified an expert witness, but reserves the right to supplement this Response in accordance with any applicable Scheduling Order.