**Nancy L. Alper, Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General for**
**the District of Columbia**
**400 6th Street, N.W., 9th Floor**
**Washington, DC 20001**
**Tel: (202) 724-8122**
**Email: Nancy.alper@dc.gov**

## IN THE UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> **ETS OF WASHINGTON LLC,** <br><br> *Debtor*. | **Case No. 20-397-ELG** <br><br> Chapter 7 |
| **DP CAPITAL LLC,** <br><br> *Plaintiff*, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** <br><br> *Defendant*. | **Adv. Pro. No. 24-10007-ELG** |

### MOTION OF THE DISTRICT OF COLUMBIA TO
### CONTINUE HEARING ON SECURED CREDITOR'S DEFAULT
### MOTION AND THE DISTRICT OF COLUMBIA'S OBJECTIONS THERETO

COMES NOW the District of Columbia ("District"), by and through counsel, the Office of the Attorney General for the District of Columbia, and files its Motion to Continue Hearing on Secured Creditor's Motion for Entry of Default Judgment or, in the Alternative to Hold the District of Columbia in Contempt ("Secured Creditor's Default Motion") and the District's Objections Thereto. In support thereof, the District states as follows:

## I. JURISDICTION

(1) This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 1104, *et seq*. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PARTIES

(2) The District, a municipal corporation empowered to sue and be sued, is the local government for the territory constituting the permanent seat of the government of the United States.

(3) Debtor ETS of Washington, LLC ("Debtor") is a limited liability company that owned a single asset real estate located at 2207 Foxhall Road, Washington, DC 20007 (SSL: 1341/0855) (the "Property").

(4) DP Capital LLC (the "Secured Creditor" or "DPCL") is a limited liability company with its principal place of business in the Commonwealth of Virginia. In the bankruptcy of Debtor ETS of Washington LLC ("Debtor"), Bankruptcy Case No. 20-00397, DPCL is a secured creditor.

## III. STATEMENT OF FACTS

(5) On April 27, 2025, the Secured Creditor filed its Default Motion against the District for its alleged failure to produce documents it requested, Docket Entry No. 33, and that the District contends such production requests are overly broad and are of questionable relevance.

(6) On May 5, 2025, the District filed its Objections to the Secured Creditor's Default Motion. Docket Entry No. 35.

(7) A hearing on the Secured Creditor's Default Motion and the District's Objections is scheduled for May 14, 2025.

## IV. REQUEST TO CONTINUE HEARING

(8) Senior Assistant Attorney General Nancy Alper, principal bankruptcy counsel in the Office of the Attorney General for the District of Columbia assigned to this matter, is traveling and will be out of the country from May 7 through May 16, 2025.

(9) Accordingly, the District requests that this Honorable Court continue the hearing on the District's Motion to Dismiss to another date later in May 2025.

WHEREFORE, the District of Columbia prays that the Court grant its Motion to Continue the hearing on its Motion to Dismiss to another date in late May 2025 and for such other and further relief that this Court deems just.

Date: May 6, 2025.

        Respectfully submitted,
        BRIAN L. SCHWALB
        Attorney General for the District of Columbia

        DAVID FISHER
        Deputy Attorney General, Commercial Division

        /s/ William Burk
        William Burk, Chief,
        Land Acquisition and Bankruptcy Section

        /s/ Nancy L. Alper
        NANCY L. ALPER (DC Bar 04221)
        Senior Assistant Attorney General
        400 6th Street, N.W.
        Washington, DC  20001
        (202) 724-8122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **District of Columbia's Motion to Continue Hearing** was filed and served on all parties of record using the Court's ECF System on the 6th day of May, 2025.

                                      /s/ Nancy L. Alper
                                        Nancy L. Alper