Nancy L. Alper, Bar No. 411324
Senior Assistant Attorney General
Office of the Attorney General for
the District of Columbia
400 6th Street, N.W., 9th Floor
Washington, DC 20001
Tel: (202) 724-8122
Email: Nancy.alper@dc.gov

## IN THE UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 20-397-ELG |
| **ETS OF WASHINGTON LLC,** | Chapter 7 |
| *Debtor*. | |
| **DP CAPITAL LLC,** *Plaintiff*, v. **DISTRICT OF COLUMBIA,** *Defendant*. | Adv. Pro. No. 24-10007-ELG |

### CONSENT MOTION OF THE DISTRICT OF COLUMBIA TO CONTINUE HEARING ON SECURED CREDITOR'S DEFAULT MOTION

COMES NOW the District of Columbia ("District"), by and through counsel, the Office of the Attorney General for the District of Columbia, and files its Motion to Continue Hearing on Secured Creditor's Motion for Entry of Default Judgment or, in the Alternative to Hold the District of Columbia in Contempt ("Secured Creditor's Default Motion"). In support thereof, the District states as follows:

## I. JURISDICTION

(1) This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 1104, *et seq*. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PARTIES

(2) The District, a municipal corporation empowered to sue and be sued, is the local government for the territory constituting the permanent seat of the government of the United States.

(3) Debtor ETS of Washington, LLC ("Debtor") is a limited liability company that owned a single asset real estate located at 2207 Foxhall Road, Washington, DC 20007 (SSL: 1341/0855) (the "Property").

(4) DP Capital LLC (the "Secured Creditor" or "DP Capital") is a limited liability company with its principal place of business in the Commonwealth of Virginia.  In the bankruptcy of Debtor ETS of Washington LLC ("Debtor"), Bankruptcy Case No. 20-00397, DPCL is a secured creditor.

## III. STATEMENT OF FACTS

(5) On April 27, 2025, the Secured Creditor filed its Default Motion against the District for its alleged failure to produce documents it requested.  Docket Entry No. 33.

(6) On May 5, 2025, the District filed its Objections to the Secured Creditor's Default Motion.  Docket Entry No. 35.

(7) A hearing on the Secured Creditor's Default Motion and the District's Objections was scheduled for May 14, 2025.

(8) The District filed its Motion to Continue Hearing on Secured Creditor's Motion for Entry of Default Judgment or, in the Alternative to Hold the District of Columbia in Contempt, Docket Entry No. 36, which was granted, and the hearing was ultimately continued to July 16, 2025.  Docket Entry No. 42.

### IV. REQUEST TO CONTINUE HEARING

(9) The District and DP Capital have been in negotiations and have reached a resolution of the issues present in this Adversary Proceeding.

(10) In addition, Senior Assistant Attorney General Nancy Alper, principal bankruptcy counsel in the Office of the Attorney General for the District of Columbia assigned to this matter, is traveling and will be out of the country from July 5 through July 21, 2025, due to pending issues requiring immediate attention.

(11) DP Capital consents to the continuance of the hearing to another date after July 28, 2025.

(9) Accordingly, the District requests that this Honorable Court continue the hearing on the Secured Creditor's Default Motion to another date after July 28, 2025.

WHEREFORE, the District of Columbia prays that the Court grant its Motion to Continue the hearing on Secured Creditor's Default Motion to another date after July 28, 2025, and for such other and further relief that this Court deems just.

Date: July 2, 2025.

    Respectfully submitted,
    BRIAN L. SCHWALB
    Attorney General for the District of Columbia

    DAVID FISHER
    Deputy Attorney General, Commercial Division

                /s/ William Burk
William Burk, Chief,
Land Acquisition and Bankruptcy Section

                /s/ Nancy L. Alper
NANCY L. ALPER (DC Bar 411324)
Senior Assistant Attorney General
400 6th Street, N.W.
Washington, DC  20001
(202) 724-8122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **District of Columbia's Motion to Continue Hearing** was filed and served on all parties of record using the Court's ECF System on the 2nd day of July, 2025.

                /s/ Nancy L. Alper
Nancy L. Alper

.