# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: **ETS OF WASHINGTON, LLC,** *Debtor.* | Case No. 20-397-ELG Chapter 7 |
| **DP CAPITAL LLC,** *Plaintiff,* v. **DISTRICT OF COLUMBIA,** *Defendant.* | Adv. Pro. No. 24-10007-ELG |

### ORDER ON DISTRICT OF COLUMBIA'S MOTION TO CONTINUE HEARING ON SECURED CREDITOR'S DEFAULT MOTION

Upon consideration of the District of Columbia's ("District") Motion to Continue Hearing on Secured Creditor's Default Motion ("Motion"), consent of the Secured Lender, and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED that the Motion is granted; and it is further

1

ORDERED that the hearing on the Secured Lender's Motion for Default Judgment or, in the Alternative, to Hold the District of Columbia in Contempt thereto, will be held after July 28, 2025.

Cc: All Recipients

**(End of Order)**