Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| DP Capital LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case No. 24-10007 |
| | ) | |
| v. | ) | |
| | ) | |
| The District of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now DP Capital LLC ("DPCL") and the District of Columbia, by and through respective undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to dismiss the above-captioned case with prejudice.

*[Signatures on Following Page]*

1

Respectfully submitted,

Dated: March 24, 2026          By:      /s/ Maurice B. VerStandig
                                       Bar No. MD18071
                                       The VerStandig Law Firm, LLC
                                       1452 W. Horizon Ridge Pkwy, #665
                                       Henderson, Nevada 89012
                                       Phone: (301) 444-4600
                                       Facsimile: (301) 444-4600
                                       mac@mbvesq.com
                                       *Counsel for the Plaintiff*

                                       /s/ Nancy L. Alper (signed w/ express permission)
                                       Nancy L. Alper, Esq.
                                       Bar No. 411324
                                       Senior Assistant Attorney General Office of the
                                       Attorney General for the District of Columbia
                                       400 6th Street, N.W., 9th Floor
                                       Washington, DC 20001
                                       Tel: (202) 724-8122
                                       Email: Nancy.alper@dc.gov
                                       *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

                                       /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig

2